U.S.

v.

**Nathaniel L. PENALOSA**

**No. 17-0546/AF**

U.S. Court of Appeals for
the Armed Forces.

August 11, 2017

CCA 38949

DAILY JOURNAL

Petitions for Grant of Review Filed

U.S.

v.

**Michelle SANTIAGO-LOPEZ**

**No. 17-0498/AR**

U.S. Court of Appeals for
the Armed Forces.

August 11, 2017

CCA 20160315

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

**Alan T. WHEELER**

**No. 17-0489/AR**

U.S. Court of Appeals for
the Armed Forces.

August 11, 2017

CCA 20160387

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

**Trevor M. WILLIAMS**

**No. 17-0499/AR**

U.S. Court of Appeals for
the Armed Forces.

August 11, 2017

CCA 20160170

DAILY JOURNAL

Petitions for Grant of Review Denied

